TOM HERNDON v. CITY OF McALESTER.

No. A-1199. Opinion Filed January 27, 1912.

Appeal from Pittsburg County Court; B. P. Hammond, Judge.

Tom Herndon was convicted of violating the prohibitory law, and appeals. Reversed and remanded.

J. G. Harley and Jas. R. Miller, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. This is a companion case to No. A-1200, W. E. Abbott v. City of McAlester, infra. For the reasons given in that case the judgment is reversed and the cause remanded with directions to the trial court to grant a new trial.

---

JOHN MARRS v. STATE.

No. A-1230. Opinion Filed January 27, 1912.

Appeal from Murray County Court; Harry W. Fielding, Judge.

John Marrs was convicted of violating the prohibitory law, and appeals. Affirmed.

C. B. Emanuel and W. N. Lewis, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. . Plaintiff in error was convicted in the county court of Murray county on the 4th day of May, 1911, on a charge of selling intoxicating liquor, and on the 8th day of said month was sentenced to pay a fine of one hundred fifty dollars and serve sixty days in the county jail. Finding no errors sufficient to justify a reversal of the judgment, the same is affirmed.